



SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3  KIMBERLY M. FRAYN
   Assistant United States Attorney
4  JACOB H. OPERSKALSKI
   Assistant United States Attorney
5  Nevada Bar Number 14746
   501 Las Vegas Boulevard South, Suite 1100
6  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
7  Facsimile: (702) 388-6418
   Kimberly.Frayn@usdoj.gov
8
   *Representing the United States of America*
9
                    UNITED STATES DISTRICT COURT
10                       DISTRICT OF NEVADA

11
| IN THE MATTER OF THE SEARCH OF: | Case No. 2:18-mj-303-GWF |
|---|---|
| 2700 Las Vegas Boulevard, South, #2704, Las Vegas, Nevada 89109 County of Clark, State of Nevada | **Motion to Unseal** (Under Seal) |
| IN THE MATTER OF THE SEARCH OF: | Case No. 2:18-mj-304-GWF |
| 2018 Toyota Yaris Vehicle Bearing Nevada License Plate "059B42" | **Motion to Unseal** (Under Seal) |

                         MOTION TO UNSEAL

The government, by and through its attorneys, JASON M. FRIERSON, United States Attorney, District of Nevada, and Kimberly M. Frayn, and Jacob H. Operskalski, Assistant United States Attorneys, represent to the Court that on or about March 12, 2018, the Honorable Magistrate Judge George Foley, Jr. issued search warrants in case numbers 2:18-mj-303-GWF and 2:18-mj-304-GWF, allowing the search of a residence and a vehicle related to an investigation being conducted by the Federal Bureau of Investigation (FBI)

concerning suspected violations of federal laws. On or about the same date, the Court placed the affidavit in support of these search warrants under seal until further order of the Court to protect the integrity of the ongoing investigation. Subsequently, the warrants were executed.

Defendant Berk Eratay is charged by Indictment in Vermont for his role in a murder-for-hire conspiracy that resulted in death, in violation of 18 U.S.C. § 1958. He was arrested in Las Vegas. On or about May 31, 2022, he was detained pending his transport to Vermont to answer those charges in case number 2:22-mj-00433-VCF. He has requested an identity hearing, which is currently set for June 3, 2022. Counsel for the defendant have requested discovery in connection with the upcoming identity hearing. A protective order was issued by the Court on June 1, 2022, to permit limited discovery production relative to the identity hearing. 2:22-mj-00433-VCF, ECF 16. The search warrants and their sealed supporting affidavit are relevant to a witness that the government intends to have testify in the identity hearing and relate to the murder-for-hire investigation. The government seeks permission to produce the search warrants and their supporting affidavit to defense counsel for defendant Eratay, which is allowed under the protective order, 2:22-mj-00433-VCF, ECF 16.

///

///

///

2

Accordingly, the government moves that this Court order the unsealing of the affidavit supporting the search warrants in case numbers 2:18-mj-303-GWF and 2:18-mj-304-GWF so that the government can produce the search warrants and their supporting affidavit to the defense in anticipation of the identity hearing. Once unsealed and produced, these documents will be subject to the protective order, 2:22-mj-00433-VCF, ECF 16.

DATED:   This 2nd day of June, 2022.

                                                Respectfully submitted,

                                                JASON M. FRIERSON
                                                United States Attorney

                                                */s/ Kimberly M. Frayn*
                                                KIMBERLY M. FRAYN
                                                JACOB H. OPERSKALSKI
                                                Assistant United States Attorneys

DATED:   This 2nd day of June, 2022.

IT IS SO ORDERED.

                                                *[signature]*
                                                HONORABLE ELAYNA J. YOUCHAH
                                                UNITED STATES MAGISTRATE JUDGE